IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| JOHN P. ARIAS, | ) | |
| | ) | |
| Petitioner, | ) | 4:99CV3326 |
| | ) | |
| v. | ) | MEMORANDUM AND ORDER ON |
| | ) | MOTION TO ALTER (OR MAKE |
| MICHAEL KENNEY, | ) | ADDITIONAL) FINDINGS AND MOTION |
| | ) | FOR SUBSTITUTION OF PARTIES |
| Respondent. | ) | |
| | ) | |

IT IS ORDERED that:

1. the Motion to Alter (or Make Additional) Findings, filing 52, is denied; and

2. the Motion for Substitution of Parties, filing 53, is denied as moot.

Dated June 20, 2006.

BY THE COURT

s/ Warren K. Urbom
United States Senior District Judge